DANIEL FELDMAN, Appellant, *v.* KINGS HIGHWAY SAVINGS BANK, Respondent.

Submitted October 9, 1951; decided December 6, 1951.

*Francis J. Hughes* for appellant.

*William R. Bayes* and *James Morrow* for respondent.

*John J. Redfield, Curtis S. Bates,* and *Henry A. Mark* for The Bowery Savings Bank and others, *amici curiæ,* in support of respondent's position.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.